UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

La'keya Keo

_____

(Enter above the full name of
plaintiff in this action)

v.

Extended Acute Care
(EAC) Merakey

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:24-CV-1791

(to be supplied by Clerk
of the District Court)

**FILED**
HARRISBURG, PA

OCT 18 2024

PER _____
DEPUTY CLERK

## COMPLAINT

1. The plaintiff La'keya Keo a citizen of

the County of York State of

Pennsylvania, residing at 1651 Albright Ave

wishes to file a complaint under _____

(give Title No. etc.)

2. The defendant is Merakey, Extended Acute
Care York, PA 1651 Albright Ave

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) I was admitted

3. (CONTINUED) to Merakey Extended Acute Care on 10/03/2024 when I have a improper misdiagnosis and prescribing the incorrect medication and dose. I ask them to please stop treating me with risperdol. It is causing me deep emotional abuse. Also it is abandonment planting false thoughts and memories in my mind they are forcing me against my will and the cyber crimes bseering disrespecting me followed me here. This is very unnecessary isolation. I do not belong locked up like this robbing me of my freedom. and harming me

4. WHEREFORE, plaintiff prays that

I pray Allah blesses me with my claim of relief of $ 2.5 Billion american dollars they are keeping me from my rights, my freedom, my children my education I deserve to be granted my claim of relief. They have no right to hold me in here like this at all. This is wrong, spying on me !!!

(Signature of Plaintiff)

10/13/24

10/13/2024

Filing Claims - Discrimination
based on - Race - African American
            Color - Black
            Gender - Female
            Religion - Muslim
            National Origin - English
            Age - 43    (1981)
            Disability - ADHD,
            Depression, Anxiety
            Retaliation - Yes
            Pain and Suffering - Yes

I am the only black 43 year old women they are
doing all this too!
3. Continued. I told them I do
not belong locked up like this
they have the wrong person.
They hold people here month's
raping the insurance companies
and they keep serving me pork
I am a muslim. They keep ignored
getting my turkey sausage snacks
in because I keep telling them
I do NOT eat pork nor do I
drink milk so I do not have any
breakfast on cereal days because
they refuse to listen to me. →

They also have cameras where the doctor told them DO NOT serve her papk. They continue to do so! They stated they are working on getting my Disdaility approved fer me I have been without any income over a year. I need my money to take care of myself. I have no income and they are abusing me forcing me to go through the goverment system when I have done nothing wrong I am suffering I deserve my money, my freedom, and my children. They have no right to be doing this to me.

Thank you

Jaikeya Kee
10/13/2024

Please send me two fee Waiver documents so I may complete. Thank you
This is Horrible!

Case 1:24-cv-01791-PJC    Document 1    Filed 10/18/24    Page 5 of 5

**⊗ Merakey**™
Innovative Care and
Education Solutions

651 Albright Avenue
York, PA 17404

HARRISBURG PA  171

15 OCT 2024  PM ?  1

FOREVER

RECEIVED
HARRISBURG, PA

OCT 18 2024

PER ___mA___
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

17102-110999